NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States Of America,<br>  Plaintiff,<br><br>vs.<br><br>Anthony Guerrero,<br><br>  Defendant. | Case No. 2:20-cr-00026-KJD-NJK<br>Order Granting<br>**Stipulation To Continue Defendant Guerrero's Initial Appearance and Arraignment and Plea** |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, CHRISTOPHER LIN, Assistant United States Attorney, representing the United States of America, and LOUIS SCHNEIDER, ESQ., representing Defendant GUERRERO, that the Initial Appearance/Arraignment and Plea in the above captioned case, which is currently scheduled for March 30, 2020 at 2:30 p.m., be continued and reset to a date convenient for the Court, but no earlier than 30 days.

1. On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-2019") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency

1

due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors," and it noted the effects of public health recommendations, including "social distancing measures." General Order 2020-03 accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

2. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

3. On February 18, 2020, a Grand Jury of this district charged defendant Guerrero and co-defendant Henry Salcido with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2). On or about March 5, 2019, defendant Guerrero appeared before a Magistrate Judge in the Northern District of Georgia for a Rule 5(c)(3) hearing. Defendant Guerrero was released on

| | |
|---|---|
| 1 | conditions at this hearing. On March 6, 2020, the Honorable Nancy J. Koppe ordered defendant Guerrero to appear before her on March 30, 2020 at 2:30 p.m. for an initial appearance/arraignment and plea. |
| 4. | In order for defendant Guerrero to attend the March 30, 2020 hearing, he must travel from Georgia to Nevada and intends to do so by commercial aircraft. |
| 5. | Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders; as well as the health risks to defendant Guerrero and any of the participants of the scheduled March 30, 2020 hearing, the parties agree to continue the currently scheduled initial appearance/arraignment and plea for a period of at least 30 days. Defendant Guerrero also stipulates to waive all speedy trial claims or any constitutional claims that may arise because of this delay. |
| 6. | This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency. |
| 7. | Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial. |
| 8. | The defendant is at liberty and agrees to this continuance. |

DATED this 27th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

   /s/ *Christopher Lin*                                           /s/ *Louis Schneider*
CHRISTOPHER LIN                         LOUIS SCHNEIDER
Assistant United States Attorney     Counsel for Defendant GUERRERO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States Of America,
        Plaintiff,

vs.

Anthony Guerrero,
        Defendant.

Case No. 2:20-cr-00026-KJD-NJK

**Findings and Order on Stipulation**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-2019 public health emergency, to allow the defense adequate time to prepare following the resolution of this public health emergency, and because the defendant must travel across the country to attend this hearing, the initial appearance/arraignment and plea in this case should be continued.
2. The parties agree to this continuance.
3. The defendant is at liberty and agrees to this continuance.
4. This continuance is not sought for purposes of delay.
5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

1 THEREFORE, IT IS HEREBY ORDERED that the initial appearance/arraignment and plea in the above-captioned matters currently scheduled for March 30, 2020 at 2:30 p.m., be vacated and continued to a date and time convenient to this court, that is May 12, 2020, at 2:30 p.m., in Courtroom 3C.

DATED: March 27, 2020.

_____
HONORABLE NANCY J. KOPPE
United States Magistrate Judge