NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
CHRISTOPHER LIN
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:20-cr-00026-KJD-NJK-3 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| ANTHONY GUERRERO ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Armando Ayala</u>, U.S. Pretrial Services Officer Assistant. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 28th day of August, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By __/S/_____.
CHRISTOPHER LIN
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ANTHONY GUERRERO                    Docket No: 2:20-cr-00026-KJD-NJK-3

Petition for Action on Conditions of Pretrial Release

COMES NOW ARMANDO AYALA, U.S. PRETRIAL SERVICES OFFICER ASSISTANT, presenting an official report upon the conduct of defendant Anthony Guerrero. On May 12, 2020, the defendant appeared before Your Honor for his Initial Appearance Arraignment and Plea. The defendant was released on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the Northern District of Georgia, unless preapproved by Pretrial Services.
5. The defendant may travel to the District of Nevada for the purpose of court.
6. The defendant shall maintain residence at: 3219 Lakeland Lane, Gainesville, Georgia 30501, and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.
7. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
8. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
9. Any firearms and/or dangerous weapons shall be removed from the defendant's possession and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
10. The defendant shall provide written proof that his/her access to and possession of said firearm and/or dangerous weapon(s) has been discontinued. The written proof shall be provided to Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On or about August 14, 2020, the defendant traveled to the Middle District of Georgia without the authorization of the Court and Pretrial Services.
2. The defendant was arrested by the Royston, Georgia Police Department on August 14, 2020 for committing the offenses of Driving Under the Influence of Drugs; Failure to Maintain Lane; Possession of a Schedule IV Controlled Substance-Alprazolam; Drugs Not in Original Container; and Possession of Marijuana and failed to report law enforcement contact with his supervising officer.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE.  FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 28th day of August, 2020. |
|---|---|
| Considered and ordered this 31st day of August, 2020 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |

Honorable Nancy J. Koppe
U.S. Magistrate Judge

Armando Ayala
U.S. Pretrial Services Officer Assistant
Place: Las Vegas, Nevada