LOUIS C. SCHNEIDER, ESQ.
Attorney at Law
Nevada Bar Number 9683
430 South 7th Street
Las Vegas, Nevada 89101
T: (702) 435-2121
F: (702) 431-3807
lcslawllc@yahoo.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ANTHONY GUERRERO,<br><br>Defendant. | Case No.: 2:20-CR-00026-KJD-NJK-3<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION OF PRETRIAL RELEASE** |

COMES NOW, the Defendant, ANTHONY GUERRERO, by and through his counsel, LOUIS C. SCHNEIDER, ESQ. and the Plaintiff, the UNITED STATES OF AMERICA, by and through counsel, NICHOLAS A. TRUTANICH, ESQ., UNITED STATES ATTORNEY and CHRISTOPHER LIN, ESQ., ASSISTANT UNITED STATES ATTORNEY, and hereby stipulate and agree as follows:

1

That Louis C. Schneider, Esq., counsel for Defendant, Anthony Guerrero has a District Court family evidentiary hearing scheduled on this day that he is unable to continue. Parties are requesting that the court continue the Revocation of Pretrial Release hearing for one (1) week.

That the Revocation of Pretrial Release hearing that is currently set for Thursday, October 08, 2020 at 3:00 p.m., be continued for one (1) week to the

__________ day of ____________, 2020, at_______ . m.

/s/ Christopher Lin, Esq.
Christopher Lin, Esq.
501 Las Vegas Blvd. South Ste. 1100
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Louis C. Schneider, Esq.
430 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

///

///

///

///

///

///

///

///

///

## ORDER

IT IS HEREBY ORDERED that the above stipulation is hereby approved and accepted by the Court.

IT IS FURTHER ORDERED that the Revocation of Pretrial Release hearing currently set for Thursday, October 08, 2020 at 3:00 p.m. be continued for one (1) week to Friday, October 16, 2020, at 1:00 p.m., in courtroom 3C.

DATED: This __7th__ day of October, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____
Louis C. Schneider, Esq.
Nevada Bar No. 9683
430 S. 7th Street
Las Vegas, NV  89101
*Attorney for Defendant*