# FILED

# UNDER

# SEAL

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
CHRISTOPHER LIN
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:20-cr-00026-KJD-NJK-3 |
| Plaintiff, ) | | |
| ) | | |
| v.  ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| ANTHONY GUERRERO ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Armando Ayala</u>, U.S. Pretrial Services Officer Assistant. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 8th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By __/S/_____.
CHRISTOPHER LIN
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ANTHONY GUERRERO                    Docket No: 2:20-cr-00026-KJD-NJK-3

Petition for Action on Conditions of Pretrial Release

COMES NOW ARMANDO AYALA, U.S. PRETRIAL SERVICES OFFICER ASSISTANT, presenting an official report upon the conduct of defendant Anthony Guerrero. On May 12, 2020, the defendant appeared before Your Honor for his Initial Appearance Arraignment and Plea. The defendant was released on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the Northern District of Georgia, unless preapproved by Pretrial Services.
5. The defendant may travel to the District of Nevada for the purpose of court.
6. The defendant shall maintain residence at: 3219 Lakeland Lane, Gainesville, Georgia 30501, and may not move prior to obtaining permission from the Court, Pretrial Services, or the supervising officer.
7. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
8. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
9. Any firearms and/or dangerous weapons shall be removed from the defendant's possession and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
10. The defendant shall provide written proof that his/her access to and possession of said firearm and/or dangerous weapon(s) has been discontinued. The written proof shall be provided to Pretrial Services or the supervising officer.

On September 22, 2020, the following additional conditions were added:

11. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes marijuana and/or any item containing THC.
12. The defendant shall refrain from the use or possession of synthetic drugs or other such intoxicating substances.
13. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The

    defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
14. The defendant shall pay all or part of the cost of the testing program based upon his ability to pay as Pretrial Services or the supervising officer determines.
15. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

On October 16, 2020, the following conditions of release were added:

16. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
17. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
18. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On or about November 24, 2020, the defendant was arrested by the Hall County Sheriff's Office in Gainesville, Georgia for committing the offenses of Possession and Use of Drug Related Objects, Theft by Receiving Stolen Property, and Possession of a Firearm by a Convicted Felon.
2. On or about November 24, 2020, the defendant was in possession of two firearms.
3. On or about November 24, 2020, the defendant was in possession of marijuana, a scale, and a marijuana grinder.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 9th day of December, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.

Executed on this 8th day of December, 2020.

Respectfully Submitted,

EO _____
Armando Ayala
U.S. Pretrial Services Officer Assistant
Place: Las Vegas, Nevada