UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY GUERRERO,<br><br>Defendant. | Case No. 2:20-CR-0026-KJD-NJK<br><br>ORDER |

Presently before the Court is Defendant's Motion to Correct Sentence (#72). The Government filed Response of Non-opposition (#73) acknowledging that a clerical error occurred. The Court has reviewed a transcript of the proceeding and concurs. The correct sentence would be time served and one (1) year of supervised release. Accordingly, Defendant's Motion to Correct Sentence (#72) is **GRANTED**. The Clerk of the Court will prepare an Amended Judgment for the Court's signature.

**IT IS SO ORDERED**.

Dated this 7th day of May, 2021.

_____
Kent J. Dawson
United States District Judge